**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:  **Ajmane Balidemic**

Case No.: **23-19176**
Judge: **RG**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☑ Original    ☐ Modified/Notice Required    Date: 11/7/2023
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  /s/ DGB      Initial Debtor:  /s/ A B      Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

    a. The debtor shall pay  **$2800.00 Monthly**  to the Chapter 13 Trustee, starting in  **November 2023**  for approximately **60** months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection           X NONE

    a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Goldman & Beslow LLC | Attorney fees | Unknown |
| Marie Ann Greenberg, Ch. 13 Trustee | Trustee commissions | Unknown |
| Internal Revenue Service | Taxes and certain other debts | Unknown |
| State of New Jersey Division of Taxation | Taxes and certain other debts | Unknown |
| State of New York | Taxes and certain other debts | Unknown |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

| ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): ||||
|---|---|---|---|
| Creditor | Type of Priority | Claim Amount | Amount to be Paid |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

| -NONE- | | | | | | |
|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor

**TD Bank - Mortgage current**
**Volkswagen Credit - Auto loan current**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims      NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☑ Not less than $ 155,526.57 to be distributed *pro rata*

☐ Not less than ___ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases      X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions   X NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8: Other Plan Provisions**
   a. **Vesting of Property of the Estate**
      ☑ Upon Confirmation
      ☐ Upon Discharge

   b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
      1) **Chapter 13 Standing Trustee Commissions**
      2) **Other Administrative Claims - including Attorney Fees & Costs**
      3) **Priority Claims**
      4) **Secured Claims**
      5) **Lease Arrearages**
      6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    X NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **November 7, 2023**    /s/ **Ajmane Balidemic**
**Ajmane Balidemic**
Debtor

Date: _____
Joint Debtor

Date **November 7, 2023**    /s/ **David G. Beslow**
**David G. Beslow**
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-19176-RG |
| Ajmane Balidemic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 08, 2023 | Form ID: pdf901 | Total Noticed: 94 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ajmane Balidemic, 461 Teaneck Road, Ridgefield Park, NJ 07660-1514 |
| 520054608 | + | A & B Fulton Corp., 7 Old Fulton Street, Brooklyn, NY 11201-1322 |
| 520054615 | + | Arlind Balidemic, 165 Hereford Street, Staten Island, NY 10308-1631 |
| 520054642 | + | Dema Balidemic, 7 Old Fulton Street, Brooklyn, NY 11201-1322 |
| 520054649 | + | Gentrid Hasangjakaj, 6030 Madison Street, Apartment 1, Ridgewood, NY 11385-3941 |
| 520054651 | + | Gentrid Hasangjakaj, 233 West Church Street, Lewisville, TX 75057-3901 |
| 520054650 | + | Gentrid Hasangjakaj, D'Nonna, 233 West Church Street, Lewisville, TX 75057-3901 |
| 520054652 | + | Gentrid Hasangjakaj c/o, Levin-Epstein & Associates, One Grand Central Place, 60 East 42nd Street, 47th Floor, New York, NY 10165-0043 |
| 520054655 | + | Granit Hasangjakaj, 6030 Madison Street, Apartment 1, Ridgewood, NY 11385-3941 |
| 520054656 | + | Granit Hasangjakaj, 233 West Church Street, Lewisville, TX 75057-3901 |
| 520054657 | + | Granit Hasangjakaj, D'Nonna, 233 West Church Street, Lewisville, TX 75057-3901 |
| 520054658 | + | Granit Hasangjakaj c/o, Levin-Epstein & Associates, One Grand Central Place, 60 East 42nd Street, 47th Floor, New York, NY 10165-0043 |
| 520054659 | + | Gzim Hasangjakaj, 6030 Madison Street, Apartment 1, Ridgewood, NY 11385-3941 |
| 520054660 | + | Gzim Hasangjakaj, 233 West Church Street, Lewisville, TX 75057-3901 |
| 520054661 | + | Gzim Hasangjakaj, D'Nonna, 233 West Church Street, Lewisville, TX 75057-3901 |
| 520054662 | + | Gzim Hasangjakaj c/o, Levin-Epstein & Associates, One Grand Central Place, 60 East 42nd Street, 47th Floor, New York, NY 10165-0043 |
| 520054664 | + | Juan Lombo c/o, Coran Ober P.C., 25-02 Francis Lewis Boulevard, Flushing, NY 11358-1100 |
| 520054665 | + | Julia Balidemic, 7 Old Fulton Street, Brooklyn, NY 11201-1322 |
| 520054669 | + | Levin-Epstein & Associates, 777 West Putnam Avenue, Suite 300, Greenwich, CT 06830-5000 |
| 520054668 | + | Levin-Epstein & Associates, One Grand Central Place, 60 East 42nd Street, Suite 4700, New York, NY 10165-0043 |
| 520054676 | + | Optum Bank, Inc., 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 520054677 | + | Optum Bank, Inc., 2525 Lake Park Blvd., Suite 110, Salt Lake City, UT 84120-8230 |
| 520054679 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520054609 | + | Email/Text: backoffice@affirm.com | Nov 08 2023 20:49:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520054610 | + | Email/Text: backoffice@affirm.com | Nov 08 2023 20:49:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520054611 | + | Email/PDF: bncnotices@becket-lee.com | Nov 08 2023 21:01:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520054613 | + | Email/PDF: bncnotices@becket-lee.com | | |

Case 23-19176-RG    Doc 12    Filed 11/10/23    Entered 11/11/23 00:15:24    Desc Imaged
Certificate of Notice    Page 8 of 11

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: pdf901 | Total Noticed: 94 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520054620 | | Email/Text: bankruptcy@bhg-inc.com | Nov 08 2023 21:01:36 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520063335 | | Email/Text: bankruptcy@bhg-inc.com | Nov 08 2023 20:48:00 | BHG Financial, 201 Solar Street, Syracuse, NY 13204 |
| 520054616 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 08 2023 20:48:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204-201 |
| 520054618 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 08 2023 20:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520054621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2023 20:49:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520054623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2023 20:51:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520054625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:05 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520054626 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:14 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 520054629 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:14 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520054627 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:07 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520054631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:14 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520054632 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:51:07 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520054633 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520054634 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 520054635 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520054636 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 520054637 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 520054639 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 520054638 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 520054641 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520054640 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 20:49:00 | Comenitycapital/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 520054670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:49:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520060807 | | Email/Text: mrdiscen@discover.com | Nov 08 2023 20:51:07 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520054644 | + | Email/Text: mrdiscen@discover.com | Nov 08 2023 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520054643 | + | Email/Text: mrdiscen@discover.com | Nov 08 2023 20:48:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| | | | Nov 08 2023 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box |

Case 23-19176-RG  Doc 12  Filed 11/10/23  Entered 11/11/23 00:15:24  Desc Imaged
Certificate of Notice  Page 9 of 11

| District/off: 0312-2 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Nov 08, 2023 | Form ID: pdf901 | Total Noticed: 94 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 3025, New Albany, OH 43054-3025 |
| 520054645 | | Email/Text: bankruptcycourts@equifax.com | Nov 08 2023 20:49:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520054646 | | Email/Text: bankruptcycourts@equifax.com | Nov 08 2023 20:49:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520054647 | ^ | MEBN | Nov 08 2023 20:43:24 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520054648 | ^ | MEBN | Nov 08 2023 20:43:03 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520054653 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 08 2023 20:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520054654 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 08 2023 20:49:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520054663 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2023 20:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520054667 | + | Email/Text: Documentfiling@lciinc.com | Nov 08 2023 20:48:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 520054666 | + | Email/Text: Documentfiling@lciinc.com | Nov 08 2023 20:48:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 520054672 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 20:51:06 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520054675 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 08 2023 20:48:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 520054674 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 08 2023 20:48:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520054678 | + | Email/Text: bankruptcy@pnfp.com | Nov 08 2023 20:49:00 | Pinnacle Bank, 150 3rd Avenue S, Suite 900, Nashville, TN 37201-2034 |
| 520054681 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 08 2023 20:48:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520054680 | + | Email/Text: DeftBkr@santander.us | Nov 08 2023 20:49:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 520054682 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 08 2023 20:49:00 | State of New York, Department of Taxation and Finance, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 520054683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:13 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054685 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:07 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520054688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:14 | Synchrony Bank/Banana Republic, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520054687 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:13 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054689 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:21 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054692 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:21 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520054696 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:05 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520054695 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:22 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po |

Case 23-19176-RG   Doc 12   Filed 11/10/23   Entered 11/11/23 00:15:24   Desc Imaged
Certificate of Notice   Page 10 of 11

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: pdf901 | Total Noticed: 94 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 520054698 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:05 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520054697 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2023 20:51:05 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054699 | | Email/Text: bankruptcy@td.com | Nov 08 2023 20:49:00 | TD Bank, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 520054700 | | Email/Text: bankruptcy@td.com | Nov 08 2023 20:49:00 | TD Bank, Po Box 219, Lewiston, ME 04243 |
| 520054701 | ^ | MEBN | Nov 08 2023 20:43:06 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520054702 | ^ | MEBN | Nov 08 2023 20:43:09 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520054704 | | Email/Text: bknotice@upgrade.com | Nov 08 2023 20:48:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 520054703 | | Email/Text: bknotice@upgrade.com | Nov 08 2023 20:48:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520060851 | ^ | MEBN | Nov 08 2023 20:43:52 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520054705 | + | Email/Text: LCI@upstart.com | Nov 08 2023 20:49:00 | Upstart/wsfs, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 520054706 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2023 20:48:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520054707 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2023 20:48:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520054708 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 08 2023 20:49:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 520054709 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 08 2023 20:49:00 | Volkswagen Credit, Inc, P.o. Box 3, Hillsboro, OR 97123-0003 |
| 520054712 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 08 2023 21:01:40 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 520054710 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 08 2023 21:01:40 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 71

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520054612 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520054614 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520054617 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520054619 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520054622 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520054624 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520054630 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520054628 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520054671 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520054673 | *+ | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520054684 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054686 | *+ | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |

| | | |
|---|---|---|
| 520054690 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054691 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520054693 | *+ | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520054694 | *+ | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520054713 | *+ | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 520054711 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ajmane Balidemic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3