**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

August 06, 2024

Re: Standing Trustee's Notice of Distribution
Case No: 23-19176

On January 18, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST  6, 2024

**Chapter 13 Case # 23-19176**

Atty:   GOLDMAN & BESLOW, LLC

Re:   AJMANE BALIDEMIC
      461 TEANECK ROAD
      RIDGEFIELD PARK, NJ  07660

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $176,835.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/28/2023 | $2,800.00 | | 01/16/2024 | $2,800.00 | |
| 02/05/2024 | $2,800.00 | | 03/08/2024 | $2,800.00 | |
| 04/05/2024 | $2,955.00 | | 04/18/2024 | $2,955.00 | |
| 06/04/2024 | $2,955.00 | | 06/28/2024 | $2,955.00 | |
| 07/24/2024 | $2,955.00 | | | | |

**Total Receipts: $25,975.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $25,975.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,989.35 | |
| ATTY | ATTORNEY | ADMIN | 3,584.00 | 100.00% | 3,584.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | A & B FULTON CORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS BANK | UNSECURED | 4,255.67 | * | 0.00 | |
| 0006 | ARLIND BALIDEMIC | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,074.70 | * | 0.00 | |
| 0010 | CAPITAL ONE NA | UNSECURED | 1,237.55 | * | 0.00 | |
| 0012 | CITIBANK NA | UNSECURED | 1,648.96 | * | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 14,843.84 | * | 0.00 | |
| 0016 | CITIBANK NA | UNSECURED | 1,829.00 | * | 0.00 | |
| 0017 | COMENITY BANK/ANN TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | QUANTUM3 GROUP LLC | UNSECURED | 3,188.00 | * | 0.00 | |
| 0023 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | COMENITYCAPITAL/ULTA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | DEMA BALIDEMIC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 943.67 | * | 0.00 | |
| 0035 | GENTRID HASANGJAKAJ | UNSECURED | 485,416.67 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0038 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | GRANIT HASANGJAKAJ | UNSECURED | 485,416.67 | * | 0.00 | |
| 0045 | GZIM HASANGJAKAJ | UNSECURED | 485,416.67 | * | 0.00 | |
| 0048 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0049 | JUAN LOMBO C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | JULIA BALIDEMIC | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 27,411.13 | * | 0.00 | |
| 0055 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | PINNACLE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | STATE OF NEW JERSEY DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0065 | STATE OF NEW YORK | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0066 | LVNV FUNDING LLC | UNSECURED | 2,279.72 | * | 0.00 | |
| 0068 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | LVNV FUNDING LLC | UNSECURED | 2,893.15 | * | 0.00 | |
| 0076 | TD BANK NA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0082 | UPGRADE, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | UPSTART NETWORK INC. | UNSECURED | 42,721.93 | * | 0.00 | |
| 0085 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | VW CREDIT INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0088 | WELLS FARGO CARD SERVICES | UNSECURED | 6,656.68 | * | 0.00 | |
| 0091 | BANKERS HEALTHCARE GROUP, LLC | UNSECURED | 50,544.26 | * | 0.00 | |
| 0092 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0093 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0094 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0095 | LVNV FUNDING LLC | UNSECURED | 6,280.18 | * | 0.00 | |
| 0096 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0097 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0098 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0099 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0100 | WELLS FARGO BANK NA | UNSECURED | 800.00 | * | 0.00 | |
| 0101 | AFFIRM INC | UNSECURED | 1,438.52 | * | 0.00 | |

**Total Paid: $5,573.35**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 06, 2024.

Receipts: $25,975.00       -   Paid to Claims: $0.00       -   Admin Costs Paid: $5,573.35   =   Funds on Hand: $20,401.65

Base Plan Amount: $176,835.00       -   Receipts: $25,975.00                =   Total Unpaid Balance: **$150,860.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.